UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO., as Subrogee of Mary Trang Nguyen, | ) ) ) | |
| Plaintiff, | ) ) | No. |
| v. | ) ) | Judge |
| JESSIE B. KING and FEDERAL BUREAU OF INVESTIGATION, a Government Agency, | ) ) ) ) ) | (Formerly case no. 2019SR000832, Circuit Court of DuPage County, Illinois) |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

To:  Adam S. Long                     Clerk of the Circuit Court of DuPage County
     6833 Stalter Drive               Office of the Circuit Court Clerk
     Rockford, Illinois 61108         505 County Farm Road
                                      P.O. Box 707
                                      Wheaton, Illinois 60187-0707

The United States, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of DuPage County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 2679, and in support states the following:

1.     On May 20, 2019, the plaintiff commenced the above civil action against defendants Jessie B. King and the Federal Bureau of Investigation in the Circuit Court of DuPage County, Illinois, alleging negligent operation of a motor vehicle.  Copies of all process, pleadings and orders served upon the defendant are attached pursuant to 28 U.S.C. § 1446(a) as Exhibit A.

2.     This Notice of Removal is filed in accordance with 28 U.S.C. § 2679(d) upon certification by the designee of the Attorney General of the United States that defendant Jessie B.

King was acting within the scope of his employment as a federal government employee at the time of the incident out of which the claim arose. *See* Certification attached as Exhibit B.

      3.      Notice of removal may be filed without bond at any time before trial. Trial has not yet been had in this action.

      4.      Pursuant to the Certification by the Attorney General's designee and the filing of this Notice of Removal, this civil action shall be deemed an action against the United States under 28 U.S.C. § 2679, and the United States shall be substituted as the party defendant.

      WHEREFORE, this action now pending in the Circuit Court of DuPage County, Illinois is properly removed to this United States District Court pursuant to 28 U.S.C. § 2679(d).

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Ernest Y. Ling
    ERNEST Y. LING
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov

Exhibit A

3312 (Rev 6/18)

**STATE OF ILLINOIS**  UNITED STATES OF AMERICA  **COUNTY OF DU PAGE**
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

**STATE FARM FIRE & CASUALTY CO., as
Subrogee of Mary Trang Nguyen,**
                                          **PLAINTIFF**
Address    c/o Adam S. Long, 6833 Stalter Drive                 2019SR000832

City, State, Zip    Rockford, IL  61108                   **CASE NUMBER**

                    VS                         ☒ **MONEY DAMAGES ONLY**
                                        Plaintiff shall check this box if seeking only
                                        money damages and no Attorney's fees.
**JESSE B. KING,**
                                          **DEFENDANT**        **SUMMONS**
Address    480 ALEUT TRAIL                                    **SC / SR**
                                                              File Stamp Here
City, State, Zip    CAROL STREAM, IL  60188            **FOR IN-STATE DEFENDANT**

☒ ORIGINAL ☐ DUPLICATE ORIGINAL ☐ ALIAS

To each defendant:
You are hereby Summoned and Required to appear before this Court at the DuPage County Judicial Center, 505 North
County Farm Road, Wheaton, Illinois in Courtroom 2006 at 9am on 6-24-2019 to answer the
complaint of the plaintiff(s), a copy of which is hereto attached.

If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

**A Defendant may be able to avoid a court appearance if "MONEY DAMAGES ONLY" box is checked above.
See "Installment Payment/Judgment Order" included with this summons and Complaint.**
                                    To the Officer
This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and
fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.
                 This summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions.  To e-file, you must first create an account
with an e-filing service provider.  Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a
service provider.  If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

| DATE OF SERVICE |
|---|

TO BE INSERTED BY OFFICER ON COPY LEFT WITH DEFENDANT
OR OTHER PERSON

Name:   Adam S. Long / Barrick, Switzer   ☐ Pro Se      **WITNESS:**

DuPage Attorney Number: 10040                    **CHRIS KACHIROUBAS,** Clerk of the Eighteenth
                                                 Judicial Circuit Court, and the seal thereof, Wheaton,
Attorney for:  State Farm Fire & Casualty Co.    Illinois
                                                                    **Electronically Issued**
Address: 6833 Stalter Drive
                                                 Date  05/20/2019
City/State/Zip: Rockford, IL  61108
                                                 nth  CHRIS KACHIROUBAS, Clerk
Telephone Number: 815-962-6611
                                                 By  Authorized of Issuance; said return
Email:   subroservice@bslbv.com
                                                           4529500
                 **NOTICE TO PLAINTIFF or PLAINTIFF**
When preparing the above summons, you will insert a return day not less than 14 nor n...       ...ce; said return
day for (SC & SR) Monday through Friday.  If "Money Damages Only" box is checked...   ...all include the Installment
Payment/Judgment Order" with the Summons and Complaint to be served on Defendant.

                              **NOTICE TO PARTIES**
Parties are required to appear on the return date. If you fail to appear on the return date shown above, your case may be dismissed for want of
prosecution. If the defendant denies the claims set forth in the complaint, a future trial date will be set.  The case will not be heard for trial on
the date stated above.

        **CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
                      WHEATON, ILLINOIS 60187-0707**

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
COUNTY OF DUPAGE

STATE FARM FIRE & CASUALTY CO., as )
Subrogee of Mary Trang Nguyen, )
)
Plaintiff, )
)
vs. ) Case No.   2019SR000832
)
JESSE B. KING and FEDERAL BUREAU )
OF INVESTIGATION, a Government )
Agency, )
)
Defendants. )

*Chris Kachiroubas*
filed in the 18th Judicial Circuit Court
DuPage County
TRAN# : 1704312301177( 4529500 )
2019SR000832
FILEDATE : 05/20/2019
Date Submitted : 05/20/2019 05:15 PM
Date Accepted : 05/21/2019 11:10 AM
KUFER JAMES
12-16-2019 rm2006 915am

## SMALL CLAIMS COMPLAINT

1.      The Defendants are indebted to the Plaintiff in the sum of $7,641.33, plus costs of suit, for property damages caused to the insured's vehicle, for rental expenses incurred and for the deductible paid by the insured as a result of an automobile accident on or about May 30, 2017 in Wheaton, Illinois.

2.      At the time of the aforesaid automobile accident, Defendant Jesse B. King had a duty to operate the vehicle he was driving with ordinary care as a reasonably careful person would do under similar circumstances.  Defendant Jesse B. King breached said duty and was guilty of one or more of the following negligent acts and/or omissions:  (a) failed to yield when required; (b) failed to stop when required; (c) drove too fast for conditions; (d) failed to keep an adequate and proper distance between his vehicle and the vehicle directly in front of him; (e) failed to reduce speed to avoid an accident; (f) failed to keep a proper lookout; and (g) was otherwise careless and/or negligent.

3.      At the time of the aforesaid automobile accident, Defendant Jesse B. King was acting as an employee, agent, or otherwise on behalf of or for the benefit of the Federal Bureau of Investigation, a Government Agency, and Defendant Jesse B. King was guilty of one or more of the following negligent acts and/or omissions:  (a) failed to yield when required; (b) failed to stop when required; (c) drove too fast for conditions; (d) failed to keep an adequate and proper distance between his vehicle and the vehicle directly in front of him; (e) failed to reduce speed to avoid an accident; (f) failed to keep a proper lookout; and (g) was otherwise careless and/or negligent.

4.      The Plaintiff has demanded payment of said sum; that the Defendants refused to pay the same and no part thereof has been paid.

WHEREFORE, the Plaintiff prays this Court enter a Judgment in its favor and against the Defendants in the amount of $7,641.33, plus costs of suit.

The Defendant, JESSE B. KING, resides at 480 Aleut Trail, Carol Stream, IL  60188; Phone No. 312-718-4930.

The Defendant, FEDERAL BUREAU OF INVESTIGATION, a Government Agency, is located at 2111 West Roosevelt Road, Chicago, IL  60608; Phone No. 312-829-5579.

The Plaintiff, STATE FARM MUTUAL AUTOMOBILE INS. CO., as Subrogee of Mary Trang Nguyen, is located at c/o Adam S. Long, 6833 Stalter Drive, Rockford, IL  61108, Phone No. 815-962-6611.

## VERIFICATION

Under the penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

Dated: **May 20, 2019**

_____
ADAM S. LONG

Name:            Adam S. Long - #10040
Attorney For:    Plaintiff
Address:         6833 Stalter Drive
City:            Rockford, IL  61108
Telephone:       (815) 962-6611
Email:           Subroservice@bslbv.com

# NOTICE PURSUANT TO THE
## FAIR DEBT COLLECTION
## PRACTICES ACT

## 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the Complaint attached hereto.

2. The Movant named in the attached Complaint is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the Movant to extend or stay any time periods established by law with respect to the litigation which is the subject of the attached Complaint.

7. Written requests should be addressed to Adam S. Long, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.

Adam S. Long - #10040
**BARRICK, SWITZER, LONG,**
**  BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL 61108
815-962-6611
Subroservice@bslbv.com

Exhibit B

## CERTIFICATION

Pursuant to the provisions of 28 U.S.C. § 2679, as amended, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *State Farm Fire & Casualty Co., as subrogee of Mary Trang Nguyen, v. Jesse B. King, et al.*, No. 2019 SR 000832 (Circuit Court of the Eighteenth Judicial Circuit, County of DuPage, Ill.), and that on the basis of the information now available with respect to the incidents referred to therein, I certify that Jesse B. King was acting within the scope of his employment as an employee of the United States at the time of the incidents out of which the claim arose.

       s/ Thomas P. Walsh
       THOMAS P. WALSH
       Chief, Civil Division
       Office of the United States Attorney
         for the Northern District of Illinois

Date:  June 24, 2019